IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* DOROTHY S. THOMAS, : : : Plaintiffs : : v. : CIVIL NO. JKB-14-332 : EDUCATION AFFILIATES, : INC., *et al.*, : : Defendants. | |

...oOo...

### ORDER

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the *qui tam* provisions of the False Claims Act, 31 U.S.C. § 3730(b)(1), the United States and relator, Dorothy S. Thomas (relator), filed a Joint Stipulation of Partial Dismissal of this action. The Court rules as follows:

1. Consistent with the terms and conditions of the Settlement Agreement executed by the United States, relator, and Education Affiliates, Inc. (Education Affiliates) and JLL Partners (collectively, Defendants), all claims asserted on behalf of the United States against Defendants in this Civil Action for the Covered Conduct as defined in the Settlement Agreement shall be dismissed with prejudice, and all remaining claims asserted against Defendants in this Civil Action shall be dismissed without prejudice to the United States;

2. Consistent with the terms and conditions of the Settlement Agreement executed by the United States, relator, and Defendants, all claims asserted by relator on behalf of the United States

against Defendants in this Civil Action shall be dismissed with prejudice.

IT IS SO ORDERED,

This **7** day of **July**, 2015.

THE HONORABLE JAMES K. BREDAR
United States District Judge